UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
RIBBITT, INC.                                                    CASE NO. 09-71218-SCS

_____Debtor(s)_____

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, CAROLYN L. CAMARDO, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 14 | 142 | Bank of America<br>Attn: Julian Bennett, 101 N Tryon St.<br>Charlotte, NC 28255-0001 | $823.04 |

Pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of $2,284.70 to the clerk of the court representing unclaimed funds to be deposited in the "unclaimed funds account" of the Treasury of the United States and states that the claimants entitled thereto are as listed above. Said funds are subject to withdrawl as provided by 28 U.S.C. 2042 and shall not escheat under any state law.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 200 Granby Street, Ste. 625, Norfolk, VA, 23510, this 16th day of June, 2011.

*Carolyn L. Camardo*
CAROLYN L. CAMARDO
Chapter 7 Trustee
258 N. WITCHDUCK RD., SUITE C
VIRGINIA BEACH, VA 23462
(757) 490-2200

Printed: 06/16/11 09:01 AM

Trustee: CAROLYN L. CAMARDO (660050)
Case:   09-71218 - RIBBITT, INC.

# Stale Check Report

Page: 1

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-0230506-66 | 142 | 06/16/11 | US Bankruptcy Court | | | | $823.04 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-0230506-66 | 14 | 141 | 04/27/09 | 610 | Bank of America<br>Attn: Julian Bennett<br>101 N Tryon St.<br>Charlotte, NC 28255-0001 | 3,020.45 | 3,020.45 | 823.04 | 823.04 |

(*) Denotes objection to Amount Filed    (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.